IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| James Gregory Coeyman, ) | |
| ) | C.A. No. 8:08-2655-TLW-BHH |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| Lexington County; Lexington County Detention ) | |
| Center; James Metts, Sheriff Lexington County; ) | |
| Sgt. Linda Mickens; C.O. Troy Hall; ) | |
| C.O. Jeff Derrick; Correct Care Solutions; ) | |
| C. O. Felder; C.O. White, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Bruce Howe Hendricks, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). (Doc. # 52). In her Report, Magistrate Judge Hendricks recommends that the defendants Lexington County and Lexington County Detention Center's motion to dismiss be granted (Doc. # 17) and that the defendant Correct Care Solutions be dismissed with prejudice pursuant to Rule 41(b). The Report was filed on April 16, 2009. Plaintiff has filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections have been filed to the Report. In the absence of objections to the Report and Recommendation of

1

the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the applicable law.  For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 52), the defendants Lexington County and Lexington County Detention Center's motion to dismiss is granted (Doc. # 17) and the defendant Correct Care Solutions is dismissed with prejudice pursuant to Rule 41(b).

**IT IS SO ORDERED.**

                                                     s/ Terry L. Wooten
                                                     **TERRY L. WOOTEN**
                                                     **UNITED STATES DISTRICT JUDGE**

July 20, 2009
Florence, South Carolina