IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

James Gregory Coeyman,                          )          C.A. No. 8:08-2655-TLW-BHH
                                                )
                     Plaintiff,                 )
                                                )
           vs.                                  )                ORDER
                                                )
James Metts; Sheriff Lexington County;          )
Sgt. Linda Mickens; C.O. Troy Hall;             )
C. O. Jeff Derick; C.O. Felder; and C.O. White, )
                                                )
                     Defendants.                )
_____)

This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Bruce H. Hendricks, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In her Report, Magistrate Judge Hendricks recommends that this action be dismissed with prejudice for lack of prosecution and for failure to comply with this Court's orders, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and the factors outlined in Chandler Leasing Corp. v. Lopez, 669 F. 2d 919, 920 (4th Cir. 1982).

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections have been filed to the Report.[1] In the absence of objections to the Report and Recommendation of

---

[1]The Report was sent to the plaintiff at the only address provided by the plaintiff on file with the clerk's office. The Report was returned.

the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation.  See <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the applicable law.  For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED**  that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 63), and this action is dismissed with prejudice for lack of prosecution and for failure to comply with this Court's orders, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and the factors outlined in <u>Chandler Leasing Corp. v. Lopez</u>, 669 F. 2d 919, 920 (4th Cir. 1982).

**IT IS SO ORDERED.**

 s/ Terry L. Wooten
**TERRY L. WOOTEN**
**UNITED STATES DISTRICT JUDGE**

October 6, 2009
Florence, South Carolina